UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL SEAN PARTAIN, KRIS THOMAS, DARLENE BROOKS, and LAWRENCE EVANS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:22-CV-132-D-RJ** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES WITHOUT PREJUDICE plaintiffs' complaint for failure to exhaust administrative remedies under section 804(h) of the Camp Lejeune Justice Act.

**This Judgment Filed and Entered on December 20, 2022, and Copies To:**

| | |
|---|---|
| Mikal Watts | (via CM/ECF electronic notification) |
| Thomas W. Henson, Jr. | (via CM/ECF electronic notification) |
| Eric W. Flynn | (via CM/ECF electronic notification) |
| James Edward Bell, III | (via CM/ECF electronic notification) |
| Frederick Gaston Hall | (via CM/ECF electronic notification) |
| John A. Bain | (via CM/ECF electronic notification) |

DATE:  
December 20, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk